**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LEOPOLD GOSS, | : | |
| | : | |
| Petitioner, | : | |
| v. | : | Civil Action No. 09-0705 (RMU) |
| | : | |
| JOHN CAULFIELD *et al.*, | : | |
| | : | |
| Respondents. | : | |

**MEMORANDUM OPINION**

**DISMISSING THE PETITIONER'S HABEAS PETITION**

On April 17, 2009, the *pro se* petitioner commenced this action challenging his pretrial detention and other matters related to the criminal proceedings brought against him in Criminal Action No. 05-0075. *See generally* Pet. On August 21, 2009, the petitioner pled guilty in that action and has been on supervised release since that date. Accordingly, on April 2, 2010, the court ordered the petitioner to show cause, on or before April 30, 2010, why his habeas petition should not be denied as moot and this matter dismissed. *See* Order (Apr. 2, 2010). The court subsequently granted the petitioner an extension of time until May 17, 2010 to comply with the show cause order. *See* Minute Order (Apr. 29, 2010). Despite being granted this extension, the petitioner has failed to comply with the show cause order.

Accordingly, the court denies as moot the petitioner's habeas petition. An Order consistent with this Memorandum Opinion is separately and contemporaneously issued this 23rd day of June, 2010.

RICARDO M. URBINA
United States District Judge